```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/6/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON COOPER and MEGHNA PARIKH,
                                Plaintiffs,

            -v-                                                          17 CIVIL 7102 (JPO)

                                                                         **JUDGMENT**

SLICE TECHNOLOGIES, INC. and
UNROLLME INC.,
                                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 6, 2018, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
    June 6, 2018

                                                            RUBY J. KRAJICK
                                                        _____
                                                            Clerk of Court
                                    BY:
                                                        _____
                                                            Deputy Clerk